# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREMAINE N. TIMOTHY<br><br>   Petitioner,<br><br>        v.<br><br>DAVID EBBERT,<br><br>   Respondent. | NO. 3:18-CV-0051<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 17th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **STAYED** pending the Supreme Court's decision in *United States v. Davis*, — S. Ct. —, 2019 WL 98544 (2019) (mem.).

(2) Petitioner's Motion for Order of Release (Doc. 12) is **DENIED**.

                                                    /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge